USCA1 Opinion

 

 May 26, 1992 [NOT FOR PUBLICATION] ___________________ No. 92-1222 EUGENE B. BOWLER, Plaintiff, Appellant, v. GOVERNOR OF MAINE, ET AL., Defendant, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. David M. Cohen, U.S. Magistrate Judge] _____________________ ___________________ Before Breyer, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Selya, Circuit Judge. _____________ ___________________ Eugene B. Bowler on brief pro se. ________________ Michael E. Carpenter, Attorney General, and Peter H. ______________________ __________ Stewart, Assistant Attorney General, on brief for appellees. _______ __________________ __________________ Per Curiam. We have reviewed the parties's briefs and __________ the record on appeal. We affirm the judgment of the magistrate judge essentially for the reasons stated in the memorandum decision and order, dated February 14, 1992. Affirmed. _________